UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

SUNROOF de MEXICO, S.A. de C.V.,

                    Plaintiff,                  Case No. 05-40031

vs.                                  HONORABLE PAUL V. GADOLA

                                       HONORABLE STEVEN D. PEPE

WEBASTO ROOF SYSTEMS, INC.

                    Defendant.

_____/

## ORDER AWARDING ATTORNEY FEES

As part of the resolution of two motions that were referred for hearing and determination pursuant to 28 U.S.C. 636 (b)(1)(A) (Dkt. ## 23, 31), Plaintiff was ordered to pay the costs including attorney fees Defendant incurred in filing and/or defending these two motions. The Defendant was to provide a stipulated bill of costs and attorney fees if possible. Alternatively, if an agreement could not be reached, Defendant was to provide an itemized bill of costs including an itemized attorney fees statement for a determination of the costs and fees. Plaintiff was allowed to file objections to this itemized bill of costs.

The parties were unable to reach an agreement on Defendant's costs. Having reviewed the Bill of Costs and Plaintiff's Objections To Defendant's Bill of Costs, the bill of costs has been modified for certain items that seemed unnecessary or excessive. These included a reduction in the original amount requested by Plaintiff to account for (a.) entries on the Bill of Costs which relate to matters other than the two motions at issue (such as the summary judgment matter ), (b.) a $100

1

accounting error on line item no. 13, (c.) duplicative work by multiple attorneys and/or the paralegal, and (d.) three hours of time billed for two attorneys to attend the 45 minute conference call with this Court on December 13, 2005 (one hour for each attorney was allowed).

Accordingly IT IS ORDERED that Plaintiff shall pay to Defendant: Four Thousand One Hundred and Eighty Two Dollars ($4,182.00) in costs and fees within 14 days of this Order or the resolution of any objections to it. Further, Plaintiff's Motion To Strike Defendant's Reply to Plaintiff's Objections to Bill of Costs Limitations is DENIED.

SO ORDERED.

Dated: March 28, 2006                            s/Steven D. Pepe
Ann Arbor, Michigan                              United States Magistrate Judge

Certificate of Service

I hereby certify that a copy of this order was served upon the attorneys of record by electronic means on March 28, 2006.

s/William J. Barkholz
Courtroom Deputy Clerk